**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| THELMA TINSLEY, personal representative of the Estate of Anna Williams, </br> </br>  Plaintiff, </br> </br> v. </br> </br> CROSSPOINT HUMAN SERVICES, INC., </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 02-2275 </br> ) </br> ) </br> ) </br> |

## ORDER

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. That this matter be, and hereby is, scheduled for a final pretrial conference by **personal appearance** before the undersigned on **September 7, 2004,** at **2:30 p.m.,** in Courtroom A, U.S. Courthouse, 201 South Vine Street, Urbana, Illinois.

2. All motions in limine or any other pretrial motions must be filed with the Court by the close of business on **August 24, 2004.** Any responses to those motions must be filed by the close of business on **August 31, 2004.**

3. <u>Counsel who will actually try the case shall appear at the final pretrial conference</u>. CDIL-LR 16.1(E)(3).

4. <u>Prior to the date for final pretrial conference, the parties shall confer and shall prepare a proposed final pretrial order for presentation to the Court at the conference</u>. CDIL-LR 16(E)(4).

5. The proposed final pretrial order prepared in conformity with the sample contained in Local Rules Appendix I shall contain the following:

   a. A statement of the case including the facts showing the basis for jurisdiction. CDIL-LR 16.1(F)(1).

   b. A signed stipulation of uncontested material facts. CDIL-LR 16.1(F)(2).

   c. A joint statement of uncontested issues of law. CDIL-LR 16.1(F)(3).

   d. A joint statement of all contested material facts and issues of law. CDIL-LR 16.1(F)(4).

   e. Stipulations regarding the use of depositions and the presentation of expert testimony. CDIL-LR 16.1(F)(5).

   f. A list of all witnesses each party intends to call at trial. CDIL-LR 16.1(F)(6).

      g.      A list of exhibits each part intends to offer or use at trial.  CDIL-LR 16.1(F)(7).

      h.      A list of demonstrative aids intended for use at trial.  CDIL-LR 16.1(F)(8).

6.      The final pretrial order shall be prepared by Plaintiff's counsel.  CDIL-LR 16.1(F).

7.      Plaintiff's counsel shall submit the final pretrial order to opposing counsel at least **seven days** prior to the final pretrial conference.  CDIL-LR 16.1(F).

8.      At the pretrial conference, the parties shall be prepared to discuss the following:

      a.      The simplification of the issues for trial.  CDIL-LR 16.1(E)(5)(a).

      b.      Any problems of evidence.  CDIL-LR 16.1(E)(5)(b).

      c.      The possible limitation of the number of expert witnesses.  CDIL-LR 16.1(E)(5)(c).

      d.      The desirability and timing of trial briefs.  CDIL-LR 16.1(E)(5)(d).

      e.      Any settlement possibilities.  CDIL-LR 16.1(E)(5)(e).

      f.      Matters which will facilitate speedy disposition of the action. CDIL-LR 16.1(E)(5)(f).

      g.      Short notice (fast track) possibilities.  CDIL-LR 16.1(E)(5)(g)

9.      <u>At the final pretrial conference, the parties shall submit an agreed set of jury instructions and any proposed *voir dire* questions</u>.  Jury instructions upon which the parties are unable to agree shall be submitted separately by the parties.  Each instruction shall be tendered in compliance with Local Rule 16.1(E)(6).  CDIL-LR 16.1(E)(6).  Any objections to the jury instructions or proposed *voir dire* questions should be filed by the close of business on **September 14, 2004.**

10.      This matter is set for jury selection and jury trial at **9:00 a.m., September 20, 2004.**

11.      The parties should be prepared to make stipulation and agreements as appropriate. CDIL-LR 16.1(E)(3).

      ENTERED this 12th day of August, 2004

      **s/ Michael P. McCuskey**
      MICHAEL P. MCCUSKEY
      UNITED STATES DISTRICT JUDGE