E-FILED
Friday, 17 December, 2004  12:58:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

THELMA TINSLEY, personal representative )
Of the Estate of Anna Williams, )
    Plaintiff, )
)
) No. 02-2275
)
CROSSPOINT HUMAN SERVICES, INC., )
    Defendant. )

## MOTION TO DISMISS

Now Comes the Defendant, Crosspoint Human Services, Inc., through its attorney, Carlton M. Kagawa and moves this Court to dismiss the above captioned case. In support thereof states as follows:

1. That Thelma Tinsley, personal representative of the Estate of Anna Williams Tinsley, Plaintiff, filed suit on behalf of the estate on December 30, 2002, at which time the Circuit Court of the Fifth Judicial Circuit of Illinois, Vermillion County Illinois, the Estate of Anna William Tinsley 02-P-114 (D) had been open.

2. That subsequent to that time, and although this cause had been pending, the probate estate was closed, proceeds distributed, and Thelma Tinsley was discharged as the Administrator of the Estate of Anna Williams Tinsley.

3. That a certified copy of the docket sheet in 02-P-114 (D) and the Order of Discharge are attached and incorporated herein as Exhibit A & B respectively.

4.  That since the closure of the estate, Thelma Tinsley has not had the capacity to pursue the suit and no longer has the capacity or the authority to pursue the suit on behalf of the estate and the matter should be dismissed.

Wherefore the Defendant prays that the above captioned case be dismissed in that Thelma Tinsley has no standing nor any authority or capacity to pursue this suit on behalf Anna Williams Tinsley or her estate.

                CROSSPOINT HUMAN SERVICES, INC., DEFENDANT


By:  s/Carlton M. Kagawa
     Carlton M. Kagawa
     Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of December 2004, he served upon, David Stanczak, 1001 North Main Street, P.O. Box 3488, Bloomington, IL 61701-3488 a copy of the foregoing <u>Motion to Dismiss</u> and <u>Memorandum of Law</u>, by depositing a true copy thereof in a U. S. Post Office Box, enclosed in an envelope, plainly addressed to the above named person, at the above address, with postage fully prepaid.

                s/Carlton M. Kagawa
                Carlton Kagawa

Carlton M. Kagawa
Attorney at Law
Suite 200H  Towne Centre
2 East Main Street
Danville, IL  61832
Telephone: (217) 446-0145