```
2002P 000114D 001
IN THE MATTER OF THE ESTATE OF

TINSLEY, ANNA WILLIAMS
--------------------------------------------------------------------------------
  ENTERED    JDG CR   TEXT                                              CHANGED  US
--------------------------------------------------------------------------------
  5/03/2002           Petition for Letters of Administration filed.
                      Affidavit of Heirship filed.

  5/07/2002      DSC  Notice of Hearing filed.
                      Petition hearing set for 05/31/2002 at 09:45 in courtroom 3B.

  5/31/2002 JPS MB    Cause called for hearing to admit will to probate.  Mr. Lichtenberger
                      present with Petitioner.  Yovanda and Mona Tinsley present and consent
                      to admission of will to probate.  Matter continued as it has not been
                      30 days between date of notice and hearing date.
                 DSC  Notice of Hearing filed.
                      Petition hearing set for 07/03/2002 at 03:00 in courtroom 4B.

  6/07/2002      LG   Amended Notice of Hearing on file.
                      Petition hearing set for 06/19/2002 at 10:30 in courtroom 3B.

  6/19/2002 CSA JSC   Cause called for hearing. Mr. Lichtenberger and Mr. Meyer present.
                      Court enters order.
                 LG   Oath and Bond on file.
                      Order of Heirship on file.
                      Order Appointing Representative on file.
                      Letters issued.  Claim Date 12/19/2002

  6/24/2002      LG   Claim Notice issued. Copy on file.

  6/27/2002      LG   Claim Notice issued, copy on file.

  8/22/2002      LG   Inventory on file.

  3/19/2003      JLS  Petition for sale of real estate on file.

  3/27/2003      LG   Notice of Hearing on file.
                      Petition hearing set for 04/09/2003 at 01:00 in courtroom 4A.

  3/31/2003      JLS  Notice of hearing filed.
                      Petition hearing set for 04/09/2003 at 01:00 in courtroom 4A.

  4/09/2003 MDC JSC   Cause called for hearing on petition for sale of real estate.
                      Administrator present w/Mr. Lichtenberger. Mr. Williams present by
                      Mr. Meyer. Court enters order.

  4/23/2003           Report of sale of property filed.
                      Order approving sale of real estate filed.

  5/28/2003           Affidavit of fees filed.
                      Motion to approve final accounting, and to close estate and to dis-
                         charge administrator filed.
                      First and Final Account filed.

  5/30/2003           Notice of hearing filed.
                      Motion hearing set for 06/11/2003 at 01:00 in courtroom 4A.

  6/11/2003      MLW  Order filed. (Approving Final Accounting and Closing Estate)
                      Attachment to Affidavit of Fees filed.
            MDC JQ    Case called for hearing.  Atty Lichtenberger appears for and with
                      administrator.  Motion to approve final accounting allowed.  Motion to
                      discharge administrator allowed.  Attachment to affidavit of fees
                      tendered in open court, should have been attached to original. Letters
                      to issue.
```

STATE OF ILLINOIS ) SS
VERMILION COUNTY ) CIRCUIT COURT

I HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE ORIGINAL
NOW ON FILE IN THIS COURT AND CAUSE.
SUSAN MILLER
VERMILION COUNTY CIRCUIT CLERK

12/14/04                M. Romine
DATED                   DEPUTY CLERK