IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
VERMILION COUNTY, ILLINOIS

In the Matter of the Estate of )
)
ANNA WILLIAMS TINSLEY, ) Case no. 02-P-114D
)
Deceased. )

**FILED JUN 11 2003**
Clerk of the Circuit Court
Vermilion County, Illinois

### ORDER

The Administrator of the Estate having filed her Motion to Approve Final Accounting, and to Close Estate and to Discharge Administrator, and the court being duly advised, the court hereby grants the motion.

It is therefore ordered that:

1. The remaining cash balance of the Estate ($36,978.20) be distributed as follows:

| | |
|---|---|
| Todd D. Lichtenberger, Attorneys fees | $ 1,000.00 |
| Landmark Credit Union | $ 2,368.00 |
| Mona Tinsley | $ 4,827.64 |
| Yvonda Tinsley | $ 7,195.64 |
| Carla Tinsley | $ 7,195.64 |
| Andre Tinsley | $ 7,195.64 |
| Thelma Tinsley | $ 7,195.64 |
| TOTAL | $36,978.20 |

2. That Thelma Tinsley be discharged as Administrator of the Estate of Anna Williams Tinsley, Deceased.

3. That the Estate be closed.

Signed this 11 day of June, 2003.

_____
JUDGE PRESIDING

TUGGLE, SCHIRO &
LICHTENBERGER
Attorneys at Law
16 N. Vermilion St.
P.O. Box 1726
Danville, IL 61832
Tel: (217)443-1721
Fax: (217)443-1874