UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THELMA TINSLEY, personal representative )<br>Of the Estate of Anna Williams Tinsley, )<br>    Plaintiff, )<br>)<br>)   No. 02-2275<br>)<br>CROSSPOINT HUMAN SERVICES, INC., )<br>    Defendant. ) | |

## MEMORANDUM OF LAW

Illinois Law requires that there be a special Administrator or Administrator appointed in an estate to purse a cause of action, pursuant to 755ILCS5/8-1 et seq. Thereafter, once an estate is closed, the administrator has no more authority to act on behalf of the estate and especially upon the final distribution of all assets and the administrator's discharge. In this regard, the Estate of Anna Williams Tinsley was closed and any further continuation of the litigation through Thelma Tinsley would be without authority and without standing to act on behalf of the Estate of Anna Williams Tinsley, especially in light of the Order of Discharge and final distribution of all assets, as shown within the attached exhibits to the motion. Distributions were made and pursuant to 755ILCS5/28-11, the distributions are binding and the Administrator was discharged. For the forgoing reasons, to allow Thelma Tinsley to proceed with the suit on behalf of the Estate of Anna Williams Tinsley would be without authority and would not allow her to have standing to act on behalf of an estate that no longer exists.

Respectfully Submitted,

Crosspoint Human Services, Inc., Defendant

By: s/Carlton M. Kagawa_____
Carlton M. Kagawa,
Attorney for Defendant

1