**E-FILED**
Monday, 10 January, 2005  01:17:41 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **THELMA TINSLEY, personal representative** ) | |
| **of the Estate of Anna Williams,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 02-CV-2275** |
| **v.** ) | |
| ) | |
| **CROSSPOINT HUMAN SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On December 30, 2002, Plaintiff, Thelma Tinsley, personal representative of the Estate of

Anna Williams, filed a Complaint (#1) against Defendant, Crosspoint Human Services, Inc. Plaintiff

alleged that Defendant violated the Age Discrimination in Employment Act (ADEA) (29 U.S.C. §

621 et seq.) and the Americans with Disabilities Act (ADA) (42 U.S.C. § 12101 et seq.) when it

terminated the employment of Anna Williams on April 30, 2001.  Anna Williams died on January

10, 2002.

On August 23, 2004, this court entered an Order (#22) which denied Defendant's Motion

for Summary Judgment.  This court also, on September 3, 2004, entered an Order (#29) which

consolidated this case with Case No. 02-2276 for trial purposes and which ruled on motions in

limine. A final pretrial conference was held on September 28, 2004.  At the conference, Defendant

stated that there may be a problem with the status of the estate in this case.  The parties were given

a deadline to file motions of December 17, 2004, with responses due by January 7, 2005.  The case

was set for a further final pretrial conference on January 28, 2005, at 3:30 p.m. and for a jury trial on February 14, 2005, at 9:00 a.m.

On December 17, 2004, Defendant filed a Motion to Dismiss (#35) and a Memorandum of Law (#36) in support.   In its Motion, Defendant states that, after this case was filed on behalf of the estate of Anna Williams, the probate estate was closed, the proceeds were distributed and Thelma Tinsley was discharged as the administrator of the estate. Defendant argues that, pursuant to Illinois law, Thelma Tinsley is without authority to proceed with this case on behalf of the estate. Defendant attached a copy of the docket of the probate case, which shows that the case was opened on May 3, 2002, and closed on June 11, 2003.  Defendant also attached a copy of the order which was entered on June 11, 2003, which approved the final accounting, discharged Thelma Tinsley as administrator and closed the estate.  This court notes that the documents provided relate to the estate of "Anna Williams Tinsley."  However, this court has no reason to believe that this is a different estate than the estate of "Anna Williams."

Plaintiff did not file a response to Defendant's Motion to Dismiss by January 7, 2005. Therefore, pursuant to Rule 7.1(B) of the Local Rules of the Central District of Illinois, this court "presume[s] there is no opposition to the motion."

IT IS THEREFORE ORDERED THAT:

(1) Defendant's Motion to Dismiss (#35) is GRANTED.

(2) This case is terminated.

(3) The consolidated case, Case No. 02-2276, remains scheduled for a final pretrial conference

on January 28, 2005, at 3:30 p.m. and a jury trial on February 14, 2005, at 9:00 a.m.

ENTERED this 10th day of January, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE