AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Monday, 10 January, 2005  01:50:22 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**THELMA TINSLEY, personal representative
of the Estate of Anna Williams,**
           **Plaintiff,**

               vs.                                                              Case Number:   **02-2275**

**CROSSPOINT HUMAN SERVICES, INC.**
           **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff. Case is terminated.

                                    ENTER this 10th day of January, 2005.


                                        s/John M. Waters
                                    _____
                                    JOHN M. WATERS, CLERK


                                        s/S. Johnson
                                    _____
                                    BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case